# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 22, 2009

Marilyn Kelly,
Chief Justice

137677

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 137677
COA: 278100
Kent CC: 06-008865-FH

MICHAEL MARCUECE BORGES,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the September 18, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 22, 2009

_____
Clerk

0415